733 F.2d 260
 LA SOCIETE NATIONALE POUR LA RECHERCHE, LA PRODUCTION, LE
TRANSPORT, LA TRANSFORMATION ET LA
COMMERCIALISATION, DES HYDROCARBURES,
Plaintiff-Appellee,
v.
SHAHEEN NATURAL RESOURCES COMPANY, INC., Defendant-Appellant.
 No. 1147, Docket 83-9078.
 United States Court of Appeals,
Second Circuit.
 Argued May 9, 1984.
Decided May 11, 1984.
 
 Richard deY. Manning, New York City, for defendant-appellant.
 Alfred Ferrer III, New York City (Shearman & Sterling, New York City, of counsel), for plaintiff-appellee.
 Before FEINBERG, Chief Judge, WINTER, Circuit Judge, and LASKER, District Judge.*
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed for the reasons set forth in Judge Duffy's Memorandum & Order of November 23, 1983, reported at 585 F.Supp. 57 (S.D.N.Y.1983).
 
 
 
 *
 Honorable Morris E. Lasker, Senior United States District Judge for the Southern District of New York, sitting by designation